UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

WYLMINA E HETTINGA,

    Plaintiff,

v.

SHASHANK PALIWAL,

    Defendant.

Case No. 15-cv-02246-BLF

**ORDER TO SHOW CAUSE IN RE SANCTIONS**

To Plaintiff Wylmina E. Hettinga, you are hereby ORDERED to SHOW CAUSE, if any, why sanctions, including dismissal of the case with prejudice and/or monetary sanctions not to exceed $1000 should not be imposed for violation of this Court's September 30, 2014 Vexatious Litigant Order, s*ee* Order Granting Motions to Dismiss, Declaring Plaintiff to be a Vexatious Litigant, and Denying Motion for Stay ("Vexatious Litigant Order"), entered in Case No. 5:13-cv-02217-RMW on Sept. 30, 2014 (Doc. # 107), in that Plaintiff failed to follow the pre-filing review steps required by the Vexatious Litigant Order. Specifically, the Vexatious Litigant Order required Plaintiff to provide a copy of the complaint, a letter requesting that the complaint be filed, and a copy of the Vexatious Litigant Order to the Clerk of the Court before filing any complaint arising out of facts related to her divorce case. *Id*. at 7-8. The Court's records indicate Plaintiff did not follow these steps in this case. Plaintiff shall file a written response **on or before** October 8, 2015 and a hearing shall be set on October 29, 2015 at 9 a.m in Courtroom 3, 5th Floor, 280 South 1st Street, San Jose, CA 95113.

**IT IS SO ORDERED.**

Dated: September 2, 2015

_____
BETH LABSON FREEMAN
United States District Judge